# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETS

| | |
|---|---|
| LIFE WITHOUT LAUNDRY, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>RINSE, INC.,<br><br>      Defendant. | Case No.  1:25-cv-12339-FDS<br><br>**DEFENDANT RINSE, INC.'S CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Rinse, Inc. ("Rinse") hereby certifies that as of this date, Rinse is a private, non-governmental entity, and has no parent company. LG Electronics Inc. owns 10% or more of its stock.  Rinse is incorporated in the State of Delaware, with its principal place of business in the State of California.

Date: November 20, 2025

Andrea Calvaruso*
Joseph Donaldson*
acalvaruso@kelleydrye.com
jdonaldson@kelleydrye.com
KELLEY DRYE & WARREN LLP
3 World Trade Center
175 Greenwich Street
New York, New York 10007
212.808.7800 Phone
212.808.7897 Fax
*admitted Pro Hac Vice*

John L. Strand (BBO No. 654985)
Meaghan P. Luster (BBO No. 707977)
jstrand@wolfgreenfield.com
mluster@wolfgreenfield.com

2

WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
617.646.8000 Phone
617.646.8646 Fax

*Counsel for Rinse, Inc.*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November, 2025, I caused to be served the attached CORPORATE DISCLOSURE STATEMENT to all counsel of record via the Court's ECF System.

Dated: November 20, 2025

_____
Andrea Calvaruso