# EXHIBIT G

| | FOR COURT USE ONLY |
|---|---|
| **CLASSIC LEGAL SUPPORT, INC**<br><br>CLASSIC LEGAL SUPPORT, INC<br>2 PARK AVENUE, 20TH Fl New<br>York, NY 10016<br><br>TELEPHONE-NO.: (212) 889-3200<br><br><br>ATTORNEVFOR *(Name)*: | |
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: | |

| | |
|---|---|
| PLAINTIFF/PETITIONER: LIFE WITHOUT **LAUNDRY**, LLC<br><br>DEFENDANT/RESPONDENT: **RINSE,INC.** | CASE **NUMBER:**<br><br>**1:25-cv-12339** |
| **DECLARATION OF NON-SERVICE** | REF. NO. Oil FIU NO.: |

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **VARDAN KOSTANYAN**

Documents: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES** IN **A CIVIL ACTION; Federal Rule of Civil Procedure 45** (c) **(d) (e), and (Effective 12/1/13); FIRST AMENDED COMPLAINT; PLAINTIFFS INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P 26(a)(l)**

**05/07/2026  11:00 AM**  IO19 WINCHESTER AVE. GLENDALE CA 9120 I; WENT TO THE DOOR, KNOCKED SEVERAL TIMES, NOBODY ANSWERED THE DOOR.

**05/08/2026  9:40 AM**  1019 WINCHESTER AVE. GLENDALE CA 91201; I NEED A UNIT NUMBER. THERE ARE 16 UNITS IN THIS APARTMENT. I ASKED THE COUPLE LADIES IN UNIT 20 I WHO VARDAN IS-NOONE KNOWS **HIM**. I ALSO ASKED A MAN STANDING IN FRONT OF THE BUILD; HE  NO IDEA. WE NEED THE UNIT NUMBER.

**The following attempts were made as an effort to personally serve the documents at the provided address:**

**05/13/2026  12:17 PM**  ▮ OXNARD ST., NORTH HOLLYWOOD, CA 91606-4930; GATED PROPERTY. UNABLE TO ACCESS BECAUSE THE RING CAMERA/DOORBELL IS NOT WORKING. UNIT NUMBER (1, 2, OR 3) NOT PROVIDED.

**05/16/2026  6:43 PM**  ▮ OXNARD ST., NORTH HOLLYWOOD, CA 91606-4930; WENT TO THE DOOR, KNOCKED SEVERAL TIMES, NOBODY ANSWERED THE DOOR. NO ACTIVITY INSIDE.

**05/18/2026  3:43 PM**  ▮ OXNARD ST., NORTH HOLLYWOOD, CA 91606-4930; WENT TO THE DOOR, KNOCKED SEVERAL TIMES, NO SOUND OF ANYONE OR ANYTHING INSIDE. NO ANSWER.

**05/19/2026  8:00 AM**  ▮ OXNARD ST., NORTH HOLLYWOOD, CA 91606-4930; THIS PLACE IS GATED. THERE ARE 3 UNITS, AND I DON'T HAVE THE UNIT NUMBER TO KNOW WHERE THIS MAN LIVES. ALSO, THERE ARE RING CAMERAS OUTSIDE THE GATE THAT DON'T WORK. I CAN'T GET INTO THIS PROPERTY; IT'S VERY HARD TO GET IN. I NEED ACCESS AND A UNIT NUMBER. I'VE MADE MANY ATTEMPTS TRYING TO GET SOMEONE'S ATTENTION, LIKE HONKING AND HIGH-BEAMING, BUT NO ONE EVER COMES OUT. IT'S THE SAME EVERY ATTEMPT.

**05/21/2026  9:08 AM**  ▮ N KEYSTONE ST., BURBANK, CA 91506-1716; THERE IS NO ANSWER AT THE DOOR. THERE ARE CAMERAS. THERE IS AN OLD WHITE VAN IN THE FRONT, BUT NO CARS IN THE DRIVEWAY. THERE IS

NO MOVEMENT.

**05/21/2026 10:30 AM** 11401 VICTORY BLVD., NORTH HOLLYWOOD, CA 91606; THERE IS NO EMPLOYEE AT THIS LOCATION, ONLY PEOPLE WHO DO LAUNDRY.

**05/21/2026 7:30 PM** 1019 WINCHESTER AVE., GLENDALE, CA 91201; KNOCKED ON THE DOOR OF UNIT 101. RESIDENT OPENED THE DOOR AND SAID THAT HE DOES NOT KNOW ANYONE BY THE NAME OF VARDAN KOSTANYAN.

**05/22/2026 10:45 AM** 1019 WINCHESTER AVE., GLENDALE, CA 91201; SPOKE WITH A WOMAN EXITING THE BUILDING AND SHE ALSO DID NOT KNOW VARDAN KOSTANYAN, WHO LIVES IN THE BUILDING.

**05/22/2026 3:45 PM** 11401 VICTORY BLVD., NORTH HOLLYWOOD, CA 91606; SAME THING. THERE ARE PEOPLE WHO DO LAUNDRY. NO CLERK IS AVAILABLE.

**05/22/2026 6:50 PM** ███ N KEYSTONE ST., BURBANK, CA 91506-1716; SAME THING AS LAST TIME. NO ANSWER AT THE DOOR. WHITE VAN IS STILL IN FRONT.

**05/25/2026 5:19 PM** ███ N KEYSTONE ST., BURBANK, CA 91506-1716; THERE IS NO ANSWER AT THE DOOR, BUT THERE IS A PACKAGE ADDRESSED TO A FEMALE NAME WITH THE LAST NAME OF KOSTANYAN.

**05/28/2026 12:58 PM** 11401 VICTORY BLVD., NORTH HOLLYWOOD, CA 91606; VARDAN KOSTANYAN NEVER COMES HERE, PER EMPLOYEE.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: **07/09/2026**

**PANOS G. PANOYAN**
(TYPE0* *QINT NAME)

_____
(SIGNATURE OF DECLARANT)

*CLASSIC LEGAL SUPPORT, INC.*
*2 Park Avenue, 20th Floor New York, NY 10016*

A registered California process server.
(i)   Independent contractor
(ii)  Registration No.: **2014133019**
(iii) County:  **LOS ANGELES**

DECLARATION OF NON- SERVICE