# EXHIBIT H

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**

CLASSIC LEGAL SUPPORT, INC
2 PARK AVENUE 20TH Fl
New York, NY 10016

| | | |
|---|---|---|
| **LIFE WITHOUT LAUNDRY, LLC** | Plaintiff(s) | **DECLARATION OF SUBSTITUTE SERVICE** |
| - against - | | |
| **RINSE,INC.** | | Case #: **1:25-cv-12339** |
| | Defendant(s) | |

**PANOS G. PANOYAN,** being duly sworn, deposes and says: I am over the age of 18 years, not a party to this  action and reside in the State of California.

On **Friday, May 08, 2026,** at **10:04 AM** at **11401 VICTORY BLVD, NORTH HOLLYWOOD, CA 91606**

I served the within: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT
INSPECTION OF PREMISES** IN **A CIVIL ACTION; Federal Rule of Civil Procedure 45 (c), (d), (e), and (g)
(Effective 12/1/13); FIRST AMENDED COMPLAINT; PLAINTIFFS INITIAL DISCLOSURES PURSUANT TO
FED. R. CIV. P
26(a)(l),** bearing Index# **1:25-cv-12339**

On **NOHO COIN LAUNDRY C/O VARDAN KOSTANYAN** in the following manner:
**SUITABLE AGE/SUBSTITUTE SERVICE:** By personally delivering a true copy of the documents to **ANNA DOE
(PERSON IN CHARGE),** a person of suitable age and discretion at the usual place of business NO**HO COIN
LAUNDRY C/O VARDAN KOSTANYAN.**

Approximate Description of Person Documents Were Left With:
Sex: **Female,** Skin/Race: **Latino,** Hair Color: **Brown,** Age: **70,** Height: **5ft,** Weight: **120**

## DECLARATION OF NON-SERVICE

**The following attempts were made as an effort to personally serve the documents at the provided address:**

05/07/2026   **4:12 PM**   I 1401 VICTORY BLVD NORTH HOLLYWOOD CA 91606; NO ONE TO ACCEPT SERVICE EXCEPT THE COURIER STORE, WHICH IS OPEN FOR BUSINESS, AND THE  LAUNDROMAT.

05/13/2026   12:17 PM   ▆▆ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; GATED PROPERTY. UNABLE TO ACCESS BECAUSE TIIE RING CAMERN DOORBELL IS NOT WORKING. UNIT NUMBER (1, 2, OR 3) NOT PROVIDED.

05/16/2026   6:43 PM   ▆▆ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; WENT TO THE DOOR, KNOCKED SEVERAL TIMES, NOBODY ANSWERED THE DOOR. NO ACTIVITY INSIDE.

05/18/2026   3:43 PM   ▆▆ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; WENT TO THE DOOR, KNOCKED SEVERAL TIMES, NO SOUND OF ANYONE OR ANYTHING INSIDE. NO ANSWER.

05/19/2026   8:00 AM   ▆▆ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; THIS PLACE IS GATED. TIIERE ARE 3 UNITS, AND I DONT HAVE THE UNIT NUMBER TO KNOW WHERE THIS MAN LIVES. ALSO, THERE ARE RING CAMERAS OUTSIDE TIIE GATE THAT DONT WORK. I CAN'T GET INTO THIS PROPERTY; ITS VERY HARD TO GET IN. I NEED ACCESS AND A UNIT NUMBER. IVE MADE MANY A1TEMPTS TRYING TO GET SOMEONES ATTENTION, LIKE HONKING AND HIGH-BEAMING, BUT NO ONE EVER COMES OUT. ITS THE SAME EVERY ATTEMPT.

5/21/20206   9:08 AM   ▆▆ N KEYSTONE ST BURBANK CA 91506-1716; THERE IS NO ANSWER AT THE DOOR. THERE ARE CAMERAS. THERE IS AN OLD WHITE VAN IN THE FRONT, BUT NO CARS IN DRIVEWAY. THERE IS NO MOVEMENT.

5/21/2026   10:30 AM   11401 VICTORY BLVD NORTH HOLLYWOOD CA 91606; THERE IS NO EMPLOYEE AT THIS LOCATION, ONLY PEOPLE WHO DO LAUNDRY.

5/21/2026   7:30 PM   1019 WINCHESTER AVE. GLENDALE CA 91201; KNOCKED ON THE DOOR OF UNIT 101. RESIDENT OPENED THE DOOR AND SAID THAT HE DOES NOT KNOW ANYONE BY THE NAME OF CARDAN KOSTANYAN.

5/22/2026   10:45 AM   1019 WINCHESTER AVE. GLENDALE CA 91201; SPOKE WITH A WOMAN EXITING THE BUILDING AND SHE ALSO DID NOT KNOW VARDAN KOSTANYAN, WHO LIVES IN THE BUILDING.

5/22/2026   3:45 PM   11401 VICTORY BLVD NORTH HOLLYWOOD CA 91606; SAME THING. THERE ARE PEOPLE WHO DO LAUNDRY. NO CLERK IS AVAILABLE.

5/22/2026   6:50 PM   ▆▆ N KEYSTONE ST BURBANK CA 91506-1716; SAME THING AS LAST TIME. NO ANSWER AT THE DOOR. WHITE VAN IS STILL IN FRONT.

| | | |
|---|---|---|
| 5/25/2026 | 5:19 PM | ▮N KEYSTONE ST BURBANK CA 91506-1716; THERE IS NO ANSWER AT THE DOOR, BUT THERE IS A PACKAGE ADDRESSED TO A FEMALE NAME WITH THE LAST NAME OF KOSTANYAN. |
| 5/28/2026 | 12:58 PM | 11401 VICTORY BLVD NORTH HOLLYWOOD CA 91606; VARDAN KOSTANYAN NEVER COMES HERE, PER EMPLOYEE. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and corT9d.

Date: **07/09/2026**

**PANOS G. PANOYAN**

(print name)

*CLASSIC LEGAL SUPPORT, INC.*
*2 Park Avenue, 20th Floor*
*New York, NY 10016*

(SIGNATURE OF DECLARANT)

A registered California process server.

(i)    independent contractor.

(ii)   Registration No.: **2014133019**

(iii)  County: **LOS ANGELES**

**DECLARATION** OF **NON-SERVICE**