# EXHIBIT I

| | |
|---|---|
| **CLASSIC LEGAL SUPPORT, INC**<br><br>CLASSIC LEGAL SUPPORT, INC<br>2 PARK AVENUE, 20TH Fl<br>New York, NY 10016<br><br><br>TELEPHONE *NO.:* (212) 889-3200<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *{Name):* | *FOR COURT USE ONL.Y* |

| |
|---|
| **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS**<br>STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: |

| | |
|---|---|
| PLAINTIFF/PETITIONER: LIFE WITHOUT LAUNDRY, LLC<br><br>DEFENDANT/RESPONDENT: **RINSE, INC.** | CASEN IBER:<br><br>**1:25-cv-12339** |
| **DECLARATION OF NON-SERVICE** | REF, NO, OR FIL£ NO,: |

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect ervice of said process on: **LAUNDRY KING INC. C/O VARDAN KOSTANYAN**

Documents: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; Federal Rule of Civil Procedure 45** (c) (d), (e), and **(Effective 12/1/13); FIRST AMENDED COMPLAINT; PLAINTIFFS INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P 26(a)(l)**

| | | |
|---|---|---|
| 05/07/2026 | 11:00 AM | 1019 WINCHESTER AVE. GLENDALE CA 9120 I; WENT TO THE DOOR. KNOCKED SEVERAL TIMES, NOBODY ANSWERED THE DOOR. |
| 05/08/2026 | 9:40 AM | 1019 WINCHESTER AVE. GLENDALE CA 91201; I NEED A UNIT NUMBER. THERE ARE 16 UNITS IN THIS APARTMENT. I ASKED THE COUPLE LADIES IN UNIT 201 WHO VARDAN IS- NO ONE KNOWS HIM. I ALSO ASKED A MAN STANDING IN FRONT OF THE BUILDING; HE HAD NO IDEA. WE NEED THE UNIT NUMBER. |

**The following attempts were made as effort to personally serve the documents at the provided address:**

| | | |
|---|---|---|
| 05/13/2026 | 12:17 PM | ███ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; GATED PROPERTY. UNABLE TO ACCESS BECAUSE TIIE RING CAMERNDOORBELL IS NOT WORKING. UNIT NUMBER (1, 2, OR 3) NOT PROVIDED. |
| 05/16/2026 | 6:43 PM | ███ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; WENT TO THE DOOR, KNOCKED SEVERAL TIMES, NOBODY ANSWERED THE DOOR. NO ACTIVITY INSIDE. |
| 05/18/2026 | 3:43 PM | ███ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; WENT TO THE DOOR, KNOCKED SEVERAL TIMES, NO SOUND OF ANYONE OR ANYTHING INSIDE. NO ANSWER. |
| 05/19/2026 | 8:00 AM | ███ OXNARD ST., NORTII HOLLYWOOD CA 91606-4930; THIS PLACE IS GATED. TIIERE ARE 3 UNITS, AND I DONT HAVE THE UNIT NUMBER TO KNOW WHERE THIS MAN LIVES. ALSO, THERE ARE RING CAMERAS OUTSIDE TIIE GATE THAT DONT WORK. I CAN'T GET INTO THIS PROPERTY; ITS VERY HARD TO GET IN. I NEED ACCESS AND A UNIT NUMBER. IVE MADE MANY A1TEMPTS TRYING TO GET SOMEONES ATTENTION, LIKE HONKING AND HIGH-BEAMING, BUT NO ONE EVER COMES OUT. ITS THE SAME EVERY ATTEMPT. |
| 5/21/20206 | 9:08 AM | ███ N KEYSTONE ST BURBANK CA 91506-1716; THERE IS NO ANSWER AT THE DOOR. THERE ARE CAMERAS. THERE IS AN OLD WHITE VAN IN THE FRONT, BUT NO CARS IN DRIVEWAY. THERE IS NO MOVEMENT. |
| 5/21/2026 | 10:30 AM | 11401 VICTORY BLVD NORTH HOLLYWOOD CA 91606; THERE IS NO EMPLOYEE AT THIS LOCATION, ONLY PEOPLE WHO DO LAUNDRY. |
| 5/21/2026 | 7:30 PM | 1019 WINCHESTER AVE. GLENDALE CA 91201; KNOCKED ON THE DOOR OF UNIT 101. RESIDENT OPENED THE DOOR AND SAID THAT HE DOES NOT KNOW ANYONE BY THE NAME OF CARDAN KOSTANYAN. |
| 5/22/2026 | 10:45 AM | 1019 WINCHESTER AVE. GLENDALE CA 91201; SPOKE WITH A WOMAN EXITING THE BUILDING AND SHE ALSO DID NOT KNOW VARDAN KOSTANYAN, WHO LIVES IN THE BUILDING. |

| | | |
|---|---|---|
| 5/22/2026 | 3:45 PM | 11401 VICTORY BLVD NORTH HOLLYWOOD CA 91606; SAME THING. THERE ARE PEOPLE WHO DO LAUNDRY. NO CLERK IS AVAILABLE. |
| 5/22/2026 | 6:50 PM | ██ N KEYSTONE ST BURBANK CA 91506-1716; SAME THING AS LAST TIME. NO ANSWER AT THE DOOR. WHITE VAN IS STILL IN FRONT. |
| 5/25/2026 | 5:19 PM | ██ N KEYSTONE ST BURBANK CA 91506-1716; THERE IS NO ANSWER AT THE DOOR, BUT THERE IS A PACKAGE ADDRESSED TO A FEMALE NAME WITH THE LAST NAME OF KOSTANYAN. |
| 5/28/2026 | 12:58 PM | 11401 VICTORY BLVD NORTH HOLLYWOOD CA 91606; VARDAN KOSTANYAN NEVER COMES HERE, PER EMPLOYEE. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and corT9d.

Date: **07/09/2026**

**PANOS G. PANOYAN**

(print name)

*CLASSIC LEGAL SUPPORT, INC.*
*2 Park Avenue, 20th Floor*
*New York, NY 10016*

(SIGNATURE OF DECLARANT)

A registered California process server.

(i)   independent contractor.

(ii)   Registration No.: **2014133019**

(iii)  County: **LOS ANGELES**

**DECLARATION** OF **NON-SERVICE**