# EXHIBIT J

## AFFIDAVIT OF NON-SERVICE

| Case:<br>1:25-CV-12339 | Court:<br>IN THE UNITED STATES DISTRICT COURT FOR THE<br>DISTRICT OF MASSACHUSETTS | County: | Job:<br>16260083 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>LIFE WITHOUT LAUNDRY LLC | | Defendant / Respondent:<br>RINSE INC. | |
| Received by:<br>C.A. PROCESS SERVICE | | For:<br>CLASSIC LEGAL SUPPORT | |
| To be served upon:<br>LAUNDRY KING, INC. | | | |

I, CA PROCESS SERVICE CARLOS ABREGO , being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** LAUNDRY KING, INC. , 12049 VANOWEN STREET, NORTH HOLLYWOOD, CA 91605

**Manner of Service:** Unsuccessful Attempt

**Documents:** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

**Additional Comments:**

1) Unsuccessful Attempt: Jul 1, 2026, 9:00 am PDT at 12049 VANOWEN STREET, NORTH HOLLYWOOD, CA 91605
Per Hispanic lady whom spoke very little English, stated that the recipient hardly comes into the business and she in fact works only with someone named Steve, can be Vardan but she does not know.

2) Unsuccessful Attempt: Jul 2, 2026, 4:00 pm PDT at 12049 VANOWEN STREET, NORTH HOLLYWOOD, CA 91605
No attendant was at the laundromat business to speak with or serve.

_____          07/07/2026

CA PROCESS SERVICE CARLOS ABREGO          Date
Los Angeles County Registration #6456

*CLASSIC LEGAL SUPPORT, INC.*
*2 Park Avenue, 20th Floor*
*New York, NY 10016*