# EXHIBIT K

**From:** John M. Gerro <john@gerrolaw.com>
**Sent:** Thursday, July 2, 2026 6:26 PM
**To:** Calvaruso, Andrea <ACalvaruso@KelleyDrye.com>
**Cc:** Durrant, Rebecca <RDurrant@kelleydrye.com>; Schadt, Lauren <LSchadt@KelleyDrye.com>
**Subject:** Re: RE Vardan Kostanyan

CAUTION: This message originated outside of Kelley Drye and was sent by: **john@gerrolaw.com**

This office is not currently handling this matter and therefore would be unable to accept service.

On Jul 2, 2026, at 1:39 PM, Calvaruso, Andrea <ACalvaruso@KelleyDrye.com> wrote:

Mr. Gerro
Further to my email dated June 8, 2026, please advise whether you will accept service of the non-party subpoenas on behalf of Mr. Kostanyan and his businesses, NoHo Coin Laundry and Laundry King Inc. If we do not hear from you, we intend to seek Court intervention.

We would appreciate the courtesy of a response.

Thank you
Andrea

**ANDREA CALVARUSO**

**Kelley Drye & Warren LLP**
Tel: (212) 808-7853

**From:** Calvaruso, Andrea
**Sent:** Monday, June 8, 2026 12:00 PM
**To:** John M. Gerro <john@gerrolaw.com>
**Cc:** Durrant, Rebecca <RDurrant@kelleydrye.com>; Schadt, Lauren <LSchadt@KelleyDrye.com>
**Subject:** RE Vardan Kostanyan

Mr. Gerro

1

Further to our correspondence earlier this year, we understand you represent Vardan Kostanyan and his laundry related businesses.

As you may know, Mr. Kostanyan has been named by Life Without Laundry as a person with knowledge relevant to a lawsuit it commenced against my client, Rinse, Inc., captioned Life Without Laundry, LLC v. Rinse, Inc., 1:25-cv-12339 (D. Mass). We therefore will need to discover documents and information from your client.

Since May 7, 2026, Rinse has made repeated attempts to serve subpoenas duces tecum on Mr. Kostanyan, as well as his businesses, NoHo Coin Laundry and Laundry King Inc., at the registered agent addresses listed with the California Secretary of State. Despite these efforts, service has not been successfully completed.

A summary of service attempts is listed below:

Service was attempted on NoHo Coin Laundry at 11401 Victory Blvd. on five occasions during business hours. Mr. Kostanyan, who is designated as the registered agent for service, was not present at the location on any of these dates:
1. 5/7/2026 4:12 PM: service unsuccessful.
2. 5/8/2026 10:04 AM: the subpoena was left with an adult employee.
3. 5/21/2026 10:30 AM: service unsuccessful.
4. 5/22/2026 3:45 PM: service unsuccessful.
5. 5/28/2026 12:58 PM: service unsuccessful.

Service was attempted at 1019 Winchester Ave., the address designated for service for Laundry King, Inc., but the address provided to the California Secretary of State is incomplete because it lacks a unit number:
1. 5/7/2026 11:00 AM: service unsuccessful.
2. 5/8/2026 9:40 AM: service unsuccessful.
3. 5/21/2026: 7:30 PM: service unsuccessful.
4. 5/22/2026: 10:45 AM: service unsuccessful.

Additionally, multiple attempts were made to personally serve Mr. Kostanyan at two other addresses:
1. 11040 Oxnard St., North Hollywood CA 91606:
    1. 5/13/2026 12:17 PM: service unsuccessful.
    2. 5/16/2026 6:43 PM: service unsuccessful.
    3. 5/18/2026 3:43 PM: service unsuccessful.
    4. 5/19/2026 8:00 AM: service unsuccessful.

2. 824 N Keystone St, Burbank CA 91506
    1. 5/21/2026 9:08 AM: service unsuccessful.
    2. 5/22/2026 6:50 PM: service unsuccessful.
    3. 5/25/2026 5:19 PM: service unsuccessful.

In light of these repeated unsuccessful attempts—particularly at addresses where Mr. Kostanyan is designated as an agent for service for these businesses—we are concerned that he may be deliberately evading service. Please advise by Friday, June 12 whether you

are authorized to accept service of the subpoenas on behalf of Mr. Kostanyan, NoHo Coin Laundry, and Laundry King Inc. If not, we intend to seek all relief available from the Court.

Thank you.
Andrea

**ANDREA CALVARUSO**

**Kelley Drye & Warren LLP**
Tel: (212) 808-7853